**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000425
27-OCT-2021
10:34 AM
Dkt. 17 ODSD**

NO. CAAP-21-0000425

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

OLGA VLADIMIROVNA BORDENYUK, Plaintiff-Appellant, v.
DAYNA SARA KAULIA-WEBB, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(CASE NO. 2DRC-21-0000556)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) On July 19, 2021, self-represented Plaintiff-Appellant Olga Vladimirovna Bordenyuk (Bordenyuk) filed the notice of appeal;

(2) On August 13, 2021, the district court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before August 23, 2021, and September 22, 2021, respectively;

(3) Bordenyuk failed to file either document or request an extension of time;

(4) On September 29, 2021, the appellate clerk entered a default notice informing Bordenyuk that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on October 11, 2021, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure (HRAP)

Rules 12.1(e) and 30, and Bordenyuk could request relief from default by motion;

(5) The appellate clerk mailed the notice of entering case on calendar and the default notice to Bordenyuk at her address indicated on the notice of appeal and record on appeal, but both documents were returned. The appellate clerk also mailed the default notice to another address for Bordenyuk found in the district court record, which was not returned; and

(6) Bordenyuk has not filed a notice of change of address, consistent with HRAP Rule 25(f), or taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, October 27, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge